No. 87–5824. Jones v. Maryland. Ct. App. Md. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Mills* v. *Maryland*, *ante*, p. 367. ▮